TAYLOR v. CP&L CO.

No. 113 PC

Case below: 49 NC App 205

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 January 1981.


WALTERS v. BRASWELL

No. 185 PC

Case below: 49 NC App 587

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 February 1981.


W. R. COMPANY v. PROPERTY TAX COMM.

No. 39 PC

Case below: 48 NC App 245

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1981.


## PETITIONS TO REHEAR

FEIBUS & CO. v. CONSTRUCTION CO.

No. 82

Reported: 301 NC 294

Petition by defendants to rehear denied 6 January 1981


FLIPPIN v. JARRELL

No. 102

Reported: 301 NC 108

Petition by defendant to rehear denied 6 January 1981